UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PARRISH,<br><br>   Plaintiff,<br><br>   v.<br><br>MULE CREEK STATE PRISON,<br><br>   Defendant. | No. 2:22-cv-02192-CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed December 27, 2022, plaintiff was granted 30 days to file a complaint in order to properly commence this civil action. ECF No. 10. The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order. Plaintiff was warned that his failure to respond to the court's order would result in a recommendation that this action be dismissed. ECF No. 10 at 2.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that:

1. This action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).
2. All pending motions be terminated.
3. The Clerk of Court close this action.

1

1    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parr2192.fta